# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LORENZO QUENTON SHEAD**                                                   **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO.: 4:19CV20-DAS**

**WASHINGTON COUNTY**
**CORRECTIONAL FACILITY, ET AL.**                                      **DEFENDANTS**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Defendants Washington County Correctional Facility and Mrs. Chapman are **DISMISSED WITH PREJUDICE** from this action.

**SO ORDERED**, this 17th day of May, 2019.

                                                            /s/ David A. Sanders
                                                  UNITED STATES MAGISTRATE JUDGE