IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LORENZO QUINTON SHEAD                                  PLAINTIFF

V.                                             CIVIL ACTION NO. 4:19-CV-00020-DAS

LT. ANDERSON, WARDEN PAYNE                        DEFENDANTS

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter comes before the court upon Plaintiff's motion for reconsideration.[1] Doc. #28. On October 21, 2019, following Plaintiff's failure to respond to a show cause order, the court dismissed Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve Defendants Lt. Anderson and Warden Payne. Doc. #23. On December 9, 2019, Plaintiff moved to reopen his case. Doc. #26. The court denied Plaintiff's motion on December 16, 2019, after finding that Plaintiff failed to provide any explanation for his failure to serve Defendants, or otherwise that reinstating his case was warranted. Doc. #27. In the instant motion, Plaintiff again asks this Court to reopen his case. Doc. #28. Plaintiff, however, fails to advance any substantive argument sufficient to warrant the requested relief. Accordingly, the Court finds that the instant motion [28] is hereby **DENIED**.

**SO ORDERED**, this the 21st day of January, 2020.

                                               /s/ David A. Sanders
                                               DAVID A. SANDERS
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff styled his motion as a "motion for clarification," it has been docketed as a motion for reconsideration and will be construed accordingly.